**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:19CR228** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **MICHAEL G. HYMES,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

   This matter is before the court on defendant's unopposed Motion to Continue Trial [20]. Counsel needs addition time to find a resolution short of trial. For good cause shown,

   **IT IS ORDERED** that the Motion to Continue Trial [20] is granted as follows:

1. The jury trial now set for September 3, 2019, is continued to **October 28, 2019.**

2. The Motion to Extend Pretrial Motions Deadline [19] is denied as moot.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 28, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED August 30, 2019.**

      **BY THE COURT:**


      **s/ Michael D. Nelson
      United States Magistrate Judge**